479 A.2d 1146

Commonwealth v. Levitt, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted May 18,

612

1984.   Richard S. Levine, Assistant Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence vacated and case remanded for further proceedings consistent with this opinion.   Jurisdiction is relinquished.